**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 193 MAL 2021

            Respondent               :

                               :  Petition for Allowance of Appeal
                               :  from the Order of the Superior Court

             v.                 :

                               :

PATRICK SEISIRO SOLOMON,      :

            Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.